**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL TANANYAN, an individual,

Plaintiff,

vs.

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,

Defendants,

Case No: 2:24-cv-11030-SRM-SSC

*District Judge Serena R. Murillo*
*Magistrate Judge Stephanie S. Christensen*

**ORDER OF DISMISSAL**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: November 4, 2026 By:______________________

Hon. Serena R. Murillo
United States District Judge